# SUPPLEMENT INCIDENT REPORT
## (NARRATIVE ONLY)

**PAGE 2 OF 2**

## ATLANTA POLICE DEPARTMENT

| 1. Incident / CICA No.<br>151460018 | 2. Complainant Name: (L,F,M, Suffix / Business)<br>JACKSON, Mario | 3. Date of Report:<br>7/31/2015 | Reserved: |
|---|---|---|---|

The vehicle was followed by surveillance teams into an apartment complex at 2200 Godby Road. Surveillance teams advised that they did not follow the vehicle inside of the complex but could see it parked outside one of the building. Surveillance teams stated that the male exited the vehicle and went up to the building. During that time, Sgt. Ruben advised that the cell phone ping was showing the target cell phone to be within the complex of 2200 Godby Road. Surveillance teams advised that they still had view of the Nissan Altima. Around this time Investigator Bleifeld and I arrived in the College Park area.

A short time later, surveillance teams stated that they believed the male suspect was getting back inside of the Nissan Altima and that the vehicle appeared to be getting ready to move. Surveillance teams notified over radio that the vehicle was exiting the apartment complex and headed west on Godby Road. Investigator Bleifeld and I then began to travel towards the locations that were being advised over radio. We were advised over radio that the Nissan Altima was traveling up and down Old National Hwy. After several minutes, the vehicle then entered onto the Interstate 85/285 interchange. Surveillance teams advised that the vehicle appeared to be taking Interstate 85 northbound. At that point Georgia State Patrol was notified of the situation and a GSP trooper advised over radio that he was standing by on Interstate 75/85 northbound near University Avenue. As the vehicle drew closer to where the GSP trooper was, the surveillance teams advised that trooper the vehicle description and which lane it occupied.

Shortly after, the surveillance teams advised that the suspect vehicle was exiting onto Central Avenue. Investigator Bleifeld and I exited onto Central Avenue and as we approached Memorial Drive we observed the GSP trooper activate his emergency equipment. At that time it appeared that the GSP trooper had initiated a traffic stop on the Nissan Altima.

After a period of time, Investigator Bleifeld and I then relocated to the scene of the traffic stop to investigate further. As we walked up, I noticed two subjects talking with several GSP troopers behind the silver Nissan Altima. One individual, a black male, was fairly tall. The other individual was carrying a small child. Investigator Bleifeld went to speak with the tall male while I spoke with the male carrying the child. The tall male appeared to be Mario Jackson.

I asked the male his name which he advised was Anthony Richardson. Mr. Richardson stated to me that he was driving his friend to the megabus stop to drop him off. Mr. Richardson stated that the one year old child was his sister's and that he normally watches him while his sister is at work. Mr. Richardson told me that the vehicle belongs to his sister as well. Mr. Richardson advised that he lives in College Park with his sister and his nephew. During this time another vehicle drove up and it appeared to be someone picking up the child. A GSP trooper then asked if Mr. Richardson needed to get anything out of the vehicle. Mr. Richardson advised only the car seat. Once the car seat was removed Mr. Richardson was placed inside of the Georgia State Patrol vehicle.

Mr. Jackson was asked by a GSP trooper if he needed anything out of the vehicle. Mr. Jackson indicated that he did and a small suitcase was removed from the rear passenger side of the vehicle. Investigator Bleifeld continued to speak with the male, whom he called "Dre" while the GSP troopers appeared to inventory the silver Nissan Altima. Investigator Bleifeld then whistled aloud alerting Sgt. Walker and I that he may be in need of assistance. As I approached them, Dre appeared very agitated and seemed as if he would have walked away if Investigator Bleifeld was not in his way. Dre was also on the phone talking to someone he referred to as "Cha Cha." At that time several GSP troopers approached Dre and placed him into handcuffs. After Dre was detained, I turned around and observed a back pack on the trunk of the Altima. Inside of the back pack were two handguns. Dre was then placed into one of GSP vehicles.

I photographed the handguns and the bag that contained them. I also did an inventory of the vehicle but I did not locate anything of value.

| THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OR HER OATH, DEPOSES AND STATES THAT THE FOREGOING IS TRUE, CORRECT, COMPLETE AND LEGIBLE TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF. | | | |
|---|---|---|---|
| 6. Referred to: RD   HR   Vice   Hom  Burg   Youth<br>  Zone   FV   Fug   SD   Sex   Larc   PS2<br>  AHA   CP   Narc   SIS   Rob   AT | 7. Reporting Officer's Signature<br>D. Worrell | 8. APD ID No.<br>5101 | |
|  | 9. SWORN TO AND SUBSCRIBED BEFORE ME<br>THIS 31    DAY OF July    , 2015 | | |
| 10. Reviewer's Signature | 11. APD No. | 12. Supervisor's Signature | APD ID No. |

Form APD 002N, revised 02/14/01

REPORTS000018