# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:15-cr-00284-AT-JKL
## USA v. Jackson et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held on 03/23/2021.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 12:20 P.M.     COURT REPORTER: Shannon Welch
TIME IN COURT: 1:50     DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Brandon Redmond Present at proceedings |
| ATTORNEY(S) PRESENT: | Ryan Buchanan representing USA<br>Derek Jones representing Brandon Redmond<br>Jessica Morris representing USA |
| PROCEEDING CATEGORY: | Bond Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | Cares Act findings made. Defendant waived his right to an in person hearing. Defendant witness Lavonzella sworn and testified. Oral argument. Victim statement. Written Order to follow re [490] Motion for Bond. |
| HEARING STATUS: | Hearing Concluded |