IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA　　　　:

　　　　　　　　　　　　　　　　　:　　CRIMINAL CASE

　　　　v.　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　:　　No. 1:15-CR-284-AT-JKL-1

MARIO JACKSON　　　　　　　　　:

_____:

## MOTION FOR RETURN OF PROPERTY

Comes now, MARIO JACKSON, Defendant in the above-styled action, by and through undersigned counsel, and pursuant to F.R.Cr.P. 41(g), moves this Court to order the government to return property seized as a result of a search conducted on July 9, 2015.  In support of this Motion, Mr. Jackson shows as follows:

(1)

Mr. Jackson was one of seven defendants named in a multi-count indictment charging kidnapping, Hobbs Act robbery, possession of a weapon during and in relation to a crime of violence, possession of a weapon by a convicted felon and possession of stolen weapons.  (Doc. 134).

1

(2)

On July 9, 2015, Mr. Jackson was a passenger in a vehicle driven by co-defendant, Anthony Richardson.

(3)

That vehicle was stopped and searched.

(4)

During the search law enforcement found two handguns in a backpack they attributed to Mr. Jackson.

(5)

In said backpack were two handguns.

(6)

As a result, Mr. Jackson was arrested and charged with being a felon in possession of a weapon.

(7)

Mr. Richardson was also arrested and the vehicle impounded.

(8)

Among items seized as a result of the vehicle's impounding was an "Apple IPad, $793.27 USD, and two bags with miscellaneous personal effects".

(9)

The money and the miscellaneous personal effects were not forfeited and pursuant to F.R.CR.P 41(g), Mr. Jackson is entitled to the return of this property.

(10)

Pursuant to F.R.CR.P 41(g), Mr. Jackson requests this money and property be returned to him or a representative of his.

WHEREFORE, this Court should direct the government to return $793.27 and miscellaneous personal effects to Mr. Jackson and/or his representative.

Dated: This 30th day of August, 2021.

Respectfully submitted,

*s/Jeffrey L. Ertel*
Jeffrey L. Ertel
State Bar No. 249966
Attorney for Mr. Jackson

FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
(404) 688-7530
Jeff_Ertel@fd.org

3