IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:15-cr-00284-AT-JKL-2 |
| LEON SCOTT | |

## Order Dismissing Charges

Having read and considered the Government's Motion for Leave to File Dismissal and for good cause shown,

It is hereby ORDERED that any and all charges against the Defendant in the Second Superseding Indictment, are DISMISSED as to Defendant Leon Scott. [Doc. 134].

SO ORDERED this __20th__ day of __September__ 2022.

_____
AMY TOTENBERG
UNITED STATES MAGISTRATE JUDGE

Presented by:
Jessica Morris, Assistant United States Attorney