IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| *v.* | 1:15-cr-00284-AT-JKL |
| MARIO DEANDRE JACKSON | |

## FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Mario Deandre Jackson.  The Court entered the Consent Preliminary Order of Forfeiture on August 4, 2022, forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

  a.  Taurus Judge .410 caliber revolver, serial no. EX514422;

  b.  Brown & Company 1911 Special Forces .45 caliber pistol, serial no. 3798;

  c.  Any associated magazines and ammunition.

[Doc. 713.]

The United States published notice of the forfeiture action on the official government internet site forfeiture.gov for at least thirty consecutive days.  The United States also sent notices of this forfeiture action to Robert Snead, Jr., and

Robert Lussier.  Mr. Lussier filed a petition for the Brown & Company 1911 Special Forces .45 caliber pistol, serial no. 3798.  [*See* Doc. 719.]  The United States has agreed to return the Brown & Company 1911 Special Forces .45 caliber pistol, serial no. 3798 to Mr. Lussier.

This Court, having found that the Government has recognized the interest of Robert Lussier and that no one else filed a petition claiming an interest in the assets, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Federal Bureau of Investigation shall return the Brown & Company 1911 Special Forces .45 caliber pistol, serial no. 3798, to Robert Lussier.

2. Final forfeiture judgment against the Taurus Judge .410 caliber revolver, serial no. EX514422 is hereby entered pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS ___1st_____ day of ____November_____, 2022.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

Prepared by
Sekret T. Sneed, Assistant United States Attorney
(404) 581-6263